UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:     Emily Looker          :     Case No. 16-54871
           Debtor                :     Chapter 13
                                 :
                                 :     Judge Preston

NOTICE TO CONVERT JOINT DEBTOR'S CHAPTER 13 CASE TO CHAPTER 7

Comes now debtor Emily Looker, by and through counsel, pursuant to 11 U.S.C. § 706(a), and hereby move to convert the Joint Debtor (Debtor Wife) in the above-captioned case to a case under chapter 7 of the Bankruptcy Code. The Joint Debtor is entitled to convert her case because:

1. This case, filed on July 27, 2016, as a Chapter 13 and has not been previously converted under sections 1112 or 1307 of the bankruptcy code.

2. Debtor is getting a divorce from her spouse and is now eligible for a chapter 7 bankruptcy.

/s/ Claire R. Fried
Claire R. Fried 0070650
86 N. Mulberry Street
Chillicothe, OH 45601
740-773-9000
740-773-9001 Fax
Melinda@clairecanhelp.com

Certificate of Service

The undersigned certifies that a true and accurate copy was served upon the following by ECF or regular U. S. Mail this 14th day of February 2019:

The following at the email address registered with ECF:

Frank M Pees, Chapter 13 Trustee
US Trustee

Regular US Mail:

The Attached Mailing Matrix

/s/Claire R Fried
Claire R Fried (0070650)

```
Label Matrix for local noticing          ADT Security                              AEP OHIO
0648-2                                   4500 Cherry Creek South Drive             PO BOX 24418
Case 2:16-bk-54871                       Denver, CO 80246-1518                     Canton, OH 44701-4418
Southern District of Ohio
Columbus
Thu Feb 14 08:55:17 EST 2019

AT&T                                     Adena Health System                       Adena Health System
c/o AFNI                                 PO BOX 932035                             c/o Trevor J. Innocenti
1310 Martin Luther King Dr               Cleveland, OH 44193-0007                  117 W. Main Street, Ste. 206
Bloomington, IL 61701-1465                                                         Lancaster, OH 43130-3799


Afni, Inc.                               American Electric Power                   Asst US Trustee (Col)
1310 Martin Luther King Dr               Attn Bankruptcy                           Office of the US Trustee
Bloomington, IL 61701-1465               1 AEP Way                                 170 North High Street
                                         Hurricane WV 25526-1231                   Suite 200
                                                                                   Columbus, OH 43215-2417


Edward A Bailey                          Bright Rental                             CACH, LLC
30455 Solon Road                         747 W. Elm Street                         PO Box 10587
Solon, OH 44139-3415                     Washington Court House, OH 43160-2428     Greenville, SC 29603-0587


Cash Max                                 (p)CHOICE RECOVERY INC                    Circleville Emergency Phyc.
96 Washington Squiare                    1550 OLD HENDERSON ROAD                   c/o NCO Financial Systems Inc.
Washington Court House, OH 43160-1747    STE 100                                   507 Prudential Road
                                         COLUMBUS OH 43220-3662                    Horsham, PA 19044-2308


City of Washington Court House           Columbus Gas                              Court Emergency Group
105 N. Main Street                       c/o CBCS                                  c/o United Collection Group
Washington Court House, OH 43160-1330    PO Box 2589                               5620 Southwyck Blvd, Suite 206
                                         Columbus, OH 43216-2589                   Toledo, OH 43614-1501


Credit Acceptance                        Credit Adjustments Inc                    Credit Soltn
25505 West 12 Mile Rd                    330 Florence St                           Po Box 24710
Suite 3000                               Defiance, OH 43512-2593                   Lexington, KY 40524-4710
Southfield, MI 48034-8331


DP&L                                     David R. Ginn D.D.S.                      Dayton Power and Light Company
1065 Woodman Drive                       1109 Washington Avenue                    1065 Woodman Drive
Dayton, OH 45432-1438                    Washington Court House, OH 43160-2105     Dayton OH 45432-1423


EOS-CCA                                  Eagle Finance Svcs. Inc                   Enhanced Recovery Corporation
700 Longwater Dr.                        7791 Dixie Hwy Ste B                      8014 Bayberry Rd
Norwell, MA 02061-1624                   Florence, KY 41042-2602                   Jacksonville, FL 32256-7412


Jennifer Fate                            Fayette County Common Pleas Court         Fayette Memorial
Murray Murphy Moul + Basil LLP           110 E. Court Street                       PO Box 645158
1114 Dublin Road                         #3                                        Cincinnati, OH 45264-0310
Columbus, OH 43215-1039                  Washington Court House, OH 43160-1355
```

| | | |
|---|---|---|
| Fayette Vet Hospital<br>1974<br>Columbus Avenue<br>Washington Court House, OH 43160-9096 | Fifth Third<br>c/o Halsted Financial Services LLC<br>PO Box 828<br>Skokie, IL 60076-0828 | Fifth Third Bank<br>Attn: Bankruptcy<br>1850 East Paris Ave, Se<br>Grand Rapds, MI 49546-6210 |
| Guardian Finance Company<br>137 West Main Street<br>Lancaster, OH 43130-3719 | Health Source OH<br>5400 Dupont Circle<br>Milford, OH 45150-2770 | Huntington National<br>c/o Apelles<br>3700 Corporate Drive, Suite 240<br>Columbus, OH 43231-5001 |
| INTERNAL REVENUE SERVICE<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Cherish A Looker<br>443 Comfort Lane<br>Washington Court Hou, OH 43160-2410 | Emily A Looker<br>443 Comfort Lane<br>Washington Court Hou, OH 43160-2410 |
| Meade & Associates<br>737 Enterprise Dr<br>Lewis Center, OH 43035-9438 | Nationwide Children's<br>700 Children's Drive<br>Columbus, OH 43205-2639 | OHIO DEPARTMENT OF TAXATION<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |
| Ohio Attorney General<br>Collections Enforcement - Bankruptcy<br>150 East Gay Street, 21st Floor<br>Columbus, OH 43215-3191 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Ohio Neighborhood Finance<br>1149 E. Temple Street<br>Washington Court House, OH 43160-1664 |
| Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085-2391 | Phoenix Financial Services. Llc<br>Po Box 26580<br>Indianapolis, IN 46226-0580 | Quantum3 Group LLC as agent for<br>Cascade Capital LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Ralph 'The Tire Man'<br>221 South Hinde Street<br>PO Box 421<br>Washington Court House, OH 43160-0421 | John C Ridge<br>Fisher, Skrobot & Sheraw LLC<br>471 East broad Street Suite 1810<br>Columbus, OH 43215-3863 |
| Schumacher Group<br>165 Caprice Court<br>Unit B<br>Castle Rock, CO 80109-1559 | Source RM<br>PO Box 4068<br>Greensboro, NC 27404-4068 | Karrie Mae Southern<br>Karrie Mae Southern Law Office, LLC<br>253 South Paint Street<br>Suite E<br>Chillicothe, OH 45601-3832 |
| Square One Financial/Cach Llc<br>4340 S Monaco St<br>2nd Floor<br>Denver, CO 80237-3485 | TekCollect Inc<br>Po Box 1269<br>Columbus, OH 43216-1269 | US Bank<br>122 Columbus Ave<br>Washington Court House, OH 43160 |
| Vectren<br>PO Box 209<br>Evansville, IN 47702-0209 | Washington Court House Municipal Court<br>119 N. Main Street<br>Washington Court House, OH 43160-1330 | West Asset Management<br>7171 Mercy Rd<br>Omaha, NE 68106-2620 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Choice Recovery Inc
1550 Old Henderson Rd Ste 100
Columus, OH 43220


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)CACH, LLC                          (u)Credit Acceptance Corporation            (u)Guardian Finance Company
PO Box 10587                                                                      3812 Fishinger Blvd
Greenville, SC 29603-0587                                                         Hilliard


(u)Ohio Department of Taxation        End of Label Matrix
                                      Mailable recipients    59
                                      Bypassed recipients     4
                                      Total                  63